UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRISTIAN SMITH,<br><br>            Plaintiff,<br><br>    v.<br><br>IRS,<br><br>            Defendant. | Case No. 2:14-cv-1444-GMN-PAL<br><br>ORDER<br><br>(Mtn for Power of Atty – Dkt. #14) |

This matter is before the court on Plaintiff Tristian Smith's Motion for "Power of Attorney Add for Estate Smith Estate Tristian Smith (Formerly Monica Smith-Kennedy (Not an Alias)) Commonwealth State ((of)) V.A. Sep. Case Amelia, Virginia, Suffix County" (Dkt. #14) filed October 24, 2014.

Plaintiff is proceeding in this action pro se and requested permission to proceed in forma pauperis. In an Order (Dkt. #11) entered October 23, 2014, the court denied Plaintiff's Application (Dkt. #1) without prejudice because it was incomplete and allowed Plaintiff thirty days to either file a completed application or pay the filing fee. If Plaintiff chooses to file a completed application and qualifies to proceed in forma pauperis, the court will screen the complaint pursuant to 28 U.S.C. § 1915. If Plaintiff chooses to pay the filing fee, the Clerk will issue summons to allow Plaintiff to serve process on Defendant. The court cannot determine what Smith is asking the court to do, but as he has not yet filed an application to proceed in forma pauperis or paid the filing fee the Motion is premature.

Accordingly,

**IT IS ORDERED** that the Motion for "Power of Attorney Add for Estate Smith Estate Tristian Smith (Formerly Monica Smith-Kennedy (Not an Alias)) Commonwealth State ((of))

V.A. Sep. Case Amelia, Virginia, Suffix County" (Dkt. #14) is DENIED WITHOUT PREJUDICE.

Dated this 30th day of October, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE