# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRISTIAN SMITH,

         Plaintiff,

vs.

IRS,

         Defendant.

Case No.: 2:14-cv-1444-GMN-PAL

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Peggy Leen, (ECF No. 19), which states that Plaintiff Tristian Smith's Applications to Proceed *in forma pauperis*, (ECF Nos. 16, 17), should be denied.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

Plaintiff did not file any objections to Judge Leen's R&R, and the deadline to object has now expired.  Accordingly, the Court finds good cause to accept and adopt the findings of Judge Leen.

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 19), is **ADOPTED in its entirety.**

**IT IS FURTHER ORDERED** that Plaintiff's Motions for Leave to Proceed *in forma*

1   *pauperis*, (ECF Nos. 16, 17), are **DENIED**.  The Clerk is instructed to close the case.

2   **DATED** this 4th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court